UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deborah Diane Fletcher, | ) |
| Plaintiff, | ) Case: 1:16-cv-01988      (F-Deck) |
| | ) Assigned To : Unassigned |
| v. | ) Assign. Date : 10/6/2016 |
| | ) Description: Pro Se Gen. Civil |
| Mayor Muriel Bowser, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted, and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). In addition, "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Iqbal*, 556 U.S. at 678 (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Plaintiff, a District of Columbia resident, purports to sue D.C. Mayor Muriel Bowser, but she describes this action as "a 864 SSDI Title and 152 Recovery of Defaulted Student Loans, sue." Compl. at 1. Plaintiff appears to challenge (1) decisions about her social security benefits, which are administered by the U.S. Social Security Administration, and (2) acts or omissions of

2

the U.S. Department of Education with regard to her defaulted student loans. Neither Mayor Bowser nor the District of Columbia is mentioned in the allegations, and plaintiff has not sued the federal government. Since no claim has been stated against the sole defendant, this case will be dismissed. A separate order accompanies this Memorandum Opinion.

/s/ _____
United States District Judge

Date: October 4, 2016